UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

WAYLAN PHILLIPS,

Debtor

Chapter 13
Case No. 23-10094

### ORDER GRANTING, IN PART, FEE APPLICATION OF SHANKMAN & ASSOCIATES

On August 30, 2023, Shankman & Associates filed its First and Final Application for Compensation [Dkt. No. 22] ("Fee Application").[1] The Chapter 13 Trustee objected to individual entries on the billing detail attached to the Fee Application. The Court held hearings on the Fee Application on October 6 and December 14, 2023. Although the Debtor had filed no written objection, he expressed general concerns about the Fee Application's reasonableness during a hearing. No one from Shankman & Associates appeared at either hearing.

The Fee Application is granted, in part, as set forth in this Order. Shankman & Associates is awarded $3,240.00 as reasonable compensation for actual, necessary services rendered, and $397.50 as reimbursement for actual, necessary expenses, for a total award of $3,637.50. This award is made under 11 U.S.C. § 330(a)(4)(B).

In making this award, the Court has disallowed $430.00 in fees that were objected to by the Trustee because the Court finds the Trustee's objection to be persuasive. The Court has also disallowed a further $100.00 in fees because the Court cannot determine, from the information and context provided in the billing detail, whether certain services rendered were necessary and,

---

[1] Shortly after filing the Fee Application, counsel at Shankman & Associates withdrew from his representation of the Debtor, and the Debtor is now represented by successor counsel from another law firm.

1

if so, whether the compensation requested for them is reasonable.  *See* 11 U.S.C. § 330(a)(1)(A).

The affected entries are listed below.

| Date | Description | Timekeeper | Hours | Total |
| --- | --- | --- | --- | --- |
| 5/8/2023 | CONFERENCE WITH NEIL RE WHETHER HE WILL BE PROCEEDING ON CASE | JPW | 0.1 | $10.00 |
| 6/26/2023 | REVIEW HEARING ISSUES; DRAFT CERTIFICATE FOR CLIENT | NSS | 0.3 | $90.00 |

Dated: January 5, 2024

Michael A. Fagone
United States Bankruptcy Judge
District of Maine